```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 24142
   ROSETTA S LOWERY
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY

         Debtor
  SSN XXX-XX-5409

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
   The case was filed on 12/21/2007 and was not confirmed.

   The case was dismissed without confirmation 02/28/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
ASSET ACCEPTANCE CORP    UNSECURED         2199.12          .00           .00
ASSET ACCEPTANCE CORP    UNSECURED         1254.00          .00           .00
GREAT AMERICAN FINANCE   SECURED NOT I      900.00          .00           .00
GREAT AMERICAN FINANCE   UNSECURED          180.42          .00           .00
PREMIER BANKCARD         UNSECURED          684.66          .00           .00
PRO SE DEBTOR            DEBTOR ATTY           .00                        .00
TOM VAUGHN               TRUSTEE                                          .00
DEBTOR REFUND            REFUND                                           .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                      --------------       --------------
TOTALS                     .00                        .00

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 05/27/08            _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```